IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEVIN JOHN BRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-730-CFC-LDH |
| | ) | |
| FRANK BISIGNANO, Commissioner, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this Fifth Day of November in 2026, having reviewed the Magistrate Judge's Report and Recommendation (D.I. 15) de novo and the objections filed thereto (D.I. 16), it is HEREBY ORDERED that the Report and Recommendation is ADOPTED, the objections are OVERRULED, Plaintiff's motion for summary judgment (D.I. 9) is DENIED, Defendant's cross-motion for summary judgment (D.I. 12) is GRANTED, and JUDGMENT is ENTERED in favor of Defendant.

Chief Judge